# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNDELL BRYANT,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.,*<br><br>    Respondents. | 2:12-cv-00348-JCM-GWF<br><br>**ORDER** |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to proceed *in forma pauperis.* (ECF No. 1.) Based on the information concerning petitioner's financial status, the court finds that the motion to proceed *in forma pauperis* should be denied. Petitioner must pay the full filing fee of $5.00.

**IT IS THEREFORE ORDERED** that petitioner's motion to proceed *in forma pauperis* (ECF No. 1) is **DENIED.** Petitioner shall have thirty (30) days from the date this order is **ENTERED** in which to have the designated fee sent to the clerk. Failure to do so may result in the dismissal of this action. The clerk is directed to **RETAIN** the petition but not file it at this time.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE