# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWNDELL BRYANT,<br><br>                    Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, *et al.,*<br><br>                    Respondents. | Case No. 2:12-cv-00348-MMD-GWF<br><br>**ORDER** |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* Petitioner has filed a motion for an extension of time to file an opposition to respondents' motion to dismiss. (Dkt. no. 15.) Good cause appearing, petitioner's motion is **GRANTED.** Petitioner is granted to and including November 6, 2012, to file an opposition.

Dated this 11th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE