1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * *

9   SHAWNDELL BRYANT,                    Case No. 2:12-cv-00348-MMD-GWF

10                        Petitioner,              ORDER
         v.
11
    DWIGHT NEVEN, et al.,
12
                         Respondents.
13

14

15        Pursuant to the Court's order of February 27, 2013 (dkt. no. 19), and good cause

16   appearing;

17        IT IS THEREFORE ORDERED that petitioner's application to proceed *in forma*

18   *pauperis* (dkt. no. 10) is DENIED as moot.

19        IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel

20   (dkt. no. 11) is DENIED.

21
          DATED THIS 14th day of March 2013.
22

23

24                                          _____
                                            MIRANDA M. DU
25                                          UNITED STATES DISTRICT JUDGE

26

27

28
                                       1